IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO, EASTERN DIVISION

| | |
|---|---|
| THOMAS M. AYERS, et al., | ) CASE NO. 2:17-cv-00567 |
| Plaintiffs, | ) JUDGE ALGENON L. MARBLEY |
| v. | ) MAGISTRATE JUDGE JOLSEN |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | ) |
| Defendant. | ) |

**<u>STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

Now come the Plaintiffs and Defendant who hereby stipulate that all claims asserted or that could have been asserted in the above-styled lawsuit are hereby dismissed, with prejudice to the refiling of this matter, by agreement of the parties.  Court costs to be paid by Defendant State Farm Mutual Automobile Insurance Company

Respectfully submitted,

BORDAS & BORDAS, PLLC

By:    /s/ Scott S. Blass (per e-mail authority)
    SCOTT S. BLASS   (0062556)
    1358 National Road
    Wheeling, WV  26003
    (304) 242-8410  FAX:  (304) 242-3936
    sblass@bordaslaw.com
    Trial Attorney for Plaintiffs

GALLAGHER, GAMS, PRYOR,
TALLAN & LITTRELL L.L.P.

By:    /s/ James R. Gallagher
    JAMES R. GALLAGHER     (0025658)
    471 East Broad Street, 19th Floor
    Columbus, Ohio  43215-3872
    (614) 228-5151  FAX:  (614) 228-0032
    jgallagher@ggptl.com
    Trial Attorney for Defendant
    State Farm Mutual Automobile
    Insurance Company